```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    RICHARD M. SEGAL, State Bar No. 156975
 2  NATHANIEL R. SMITH  State Bar No. 257615
    richard.segal@pillsburylaw.com
 3  nathaniel.smith@pillsburylaw.com
    501 W. Broadway, Suite 1100
 4  San Diego, CA 92101-3575
    Telephone: (619) 234-5000
 5  Facsimile: (619) 236-1995

 6  Attorneys for Defendant
    LINCOLN SQUARE, LLC
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MORGAN HENDERSON, | Case No. C12-01938 JCS ADR |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1) |
| vs. | |
| LINCOLN SQUARE, LLC; JAE CHUNG YU dba Café Galleria; YOON MI YU dba Café Galleria; and DOES - 20, Inclusive, | |
| Defendants. | Judge: Joseph C. Spero |

1  Pursuant to Local Rule 6-1, Plaintiff Morgan Henderson and Defendant Lincoln
2  Square, LLC, by and through their respective attorneys of record, stipulate as follows:
3      1.    No extension of time has been previously obtained.
4      2.    Defendant Lincoln Square, LLC is granted an extension until June 11, 2012
5  to answer or otherwise respond to Plaintiff's complaint.
6  IT IS SO STIPULATED effective as of May 21, 2012.
7  Dated: May 21, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP
RICHARD M. SEGAL
NATHANIEL R. SMITH
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575

By _____
Nathaniel R. Smith
Attorneys for Defendant
LINCOLN SQUARE, LLC

14  Dated: May 21, 2012.

LAW OFFICES OF PAUL L. REIN

By _____
Paul L. Rein
Attorneys for Plaintiff
MORGAN HENDERSON

20  Dated: May 23, 2012

IT IS SO ORDERED
Judge Joseph C. Spero

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, Karen J. Costa, am over the age of 18 years and not a party to the within action; |
| 3 | my business address is 501 W. Broadway, Suite 1100, San Diego, California, 92101-3575. |
| 4 | On May 22, 2012, I caused the document described as **STIPULATION TO** |
| 5 | **EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** to be served on the |
| 6 | parties in case number C12-01938 JCS ADR as follows: |
| 7 | *On all parties identified for Notice of Electronic Filing generated by the Court's* |
| 8 | *CM/ECF system under the above-referenced case caption* |
| 9 | Via Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to |
| 10 | the Court's Local Rules to the addressees listed above. |
| 11 | I declare under penalty of perjury under the laws of the United States of America |
| 12 | that the foregoing is true and correct. |
| 13 | |
| 14 | Dated: May 22, 2012 |
| | Karen J. Costa |