1    PILLSBURY WINTHROP SHAW PITTMAN LLP
     RICHARD M. SEGAL, State Bar No. 156975
2    NATHANIEL R. SMITH  State Bar No. 257615
     richard.segal@pillsburylaw.com
3    nathaniel.smith@pillsburylaw.com
     501 W. Broadway, Suite 1100
4    San Diego, CA  92101-3575
     Telephone: (619) 234-5000
5    Facsimile: (619) 236-1995

6    Attorneys for Defendant
     LINCOLN SQUARE, LLC

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| MORGAN HENDERSON, | Case No. C12-01938 JCS ADR |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1) |
| vs. | |
| LINCOLN SQUARE, LLC; JAE CHUNG YU dba Café Galleria; YOON MI YU dba Café Galleria; and DOES - 20, Inclusive, | |
| Defendants. | |
| | Judge:    Joseph C. Spero |

1    Pursuant to Local Rule 6-1, Plaintiff Morgan Henderson and Defendant Lincoln

2  Square, LLC, by and through their respective attorneys of record, stipulate as follows:

3        1.      No extension of time has been previously obtained.

4        2.      Defendant Lincoln Square, LLC is granted an extension until June 11, 2012

5                to answer or otherwise respond to Plaintiff's complaint.

6        IT IS SO STIPULATED effective as of May 21, 2012.

7  Dated:  May 21, 2012.

8                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                               RICHARD M. SEGAL
                               NATHANIEL R. SMITH
9                              501 W. Broadway, Suite 1100
                               San Diego, CA  92101-3575

10

11                             By _____

12                                     Nathaniel R. Smith
                                       Attorneys for Defendant
13                                  LINCOLN SQUARE, LLC

14  Dated:  May 21, 2012.

15                             LAW OFFICES OF PAUL L. REIN

16                             By _____

17                                      Paul L. Rein
                                     Attorneys for Plaintiff
18                                  MORGAN HENDERSON

19

20  Dated: May 23, 2012

21

22

23

24

25

26

27

28

Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

1                            PROOF OF SERVICE

2         I, Karen J. Costa, am over the age of 18 years and not a party to the within action;

3 my business address is 501 W. Broadway, Suite 1100, San Diego, California, 92101-3575.

4         On May 22, 2012, I caused the document described as **STIPULATION TO**

5 **EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** to be served on the

6 parties in case number C12-01938 JCS ADR as follows:

7         *On all parties identified for Notice of Electronic Filing generated by the Court's*

8             *CM/ECF system under the above-referenced case caption*

9 Via Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to

10 the Court's Local Rules to the addressees listed above.

11         I declare under penalty of perjury under the laws of the United States of America

12 that the foregoing is true and correct.

13

14 Dated: May 22, 2012

15                                   Karen J. Costa

16

17

18

19

20

21

22

23

24

25

26

27

28