PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
MORGAN HENDERSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HENDERSON, | CASE NO. C12-1938 JCS |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND** [PROPOSED] **ORDER TO EXTEND GENERAL ORDER 56 DEADLINES** |
| LINCOLN SQUARE, LLC; JAE CHUNG YU dba Café Galleria; YOON MI YU dba Café Galleria; and DOES 1-20, Inclusive, | |
| Defendants. | |

## STIPULATION

Plaintiff MORGAN HENDERSON and Defendants LINCOLN SQUARE, LLC, JAE CHUNG YU dba Café Galleria, and YOON MI YU dba Café Galleria, hereby jointly stipulate and request through their attorneys of record that the General Order 56 deadlines be extended 30 days to allow for a cooperative site inspection to take place. This first request for an extension of time is based on the following good cause:

1. The parties have been working cooperatively in the spirit of General

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND GENERAL ORDER 56 DEADLINES
CASE NO. C12-1938 JCS

-1-

\\rein-sbs\shared\CASES\L\LINCOLN SQUARE\PLEADINGS\Stip to Continue GO 56 Deadlines.wpd

Order 56 to set a joint site inspection of the subject premises.

2. Due to scheduling conflicts, it was not possible to set the joint inspection before the General Order 56 joint inspection deadline of July 27, 2012.

3. The parties still wish to participate in the General Order 56 process and conduct a joint inspection.

4. The parties therefore jointly stipulate and request that the Court grant an extension of 30 days to complete the joint site inspection, on or before August 27, 2012. This is the first joint request for an extension of time by all parties in this case.

**It is so Stipulated.**

Dated: August 15, 2012          LAW OFFICES OF PAUL L. REIN

                                By PAUL L. REIN
                                Attorneys for Plaintiff
                                MORGAN HENDERSON

Dated: August __, 2012          PILLSBURY WINTHROP SHAW
                                PITTMAN LLP



                                By NATHANIEL R. SMITH
                                Attorneys for Defendant
                                LINCOLN SQUARE, LLC

Dated: August 14, 2012          JAMES KIM, Esq.

                                By JAMES KIM, Esq.
                                Attorneys for Defendants
                                JAE CHUNG YU & YOON MI YU

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND GENERAL ORDER 56 DEADLINES
CASE NO. C12-1938 JCS

-2- G:\CASES\L\LINCOLN SQUARE\PLEADINGS\Stip to Continue GO 56 Deadlines.wpd

1. Order 56 to set a joint site inspection of the subject premises.
2. Due to scheduling conflicts, it was not possible to set the joint inspection before the General Order 56 joint inspection deadline of July 27, 2012.
3. The parties still wish to participate in the General Order 56 process and conduct a joint inspection.
4. The parties therefore jointly stipulate and request that the Court grant an extension of 30 days to complete the joint site inspection, on or before August 27, 2012. This is the first joint request for an extension of time by all parties in this case.

**It is so Stipulated.**

Dated: August __, 2012        LAW OFFICES OF PAUL L. REIN


By PAUL L. REIN
Attorneys for Plaintiff
MORGAN HENDERSON

Dated: August 15, 2012        PILLSBURY WINTHROP SHAW PITTMAN LLP


By NATHANIEL R. SMITH
Attorneys for Defendant
LINCOLN SQUARE, LLC

Dated: August __, 2012        JAMES KIM, Esq.


By JAMES KIM, Esq.
Attorneys for Defendants
JAE CHUNG YU & YOON MI YU

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND GENERAL ORDER 56 DEADLINES
CASE NO. C12-1938 JCS

-2-

\\rein-sbs\shared\CASES\L\LINCOLN SQUARE\PLEADINGS\Stip to Continue GO 56 Deadlines.wpd

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The parties are hereby granted an extension of 30 days to complete the joint site inspection on or before August 27, 2012, pursuant to General Order 56.

Dated: August 21, 2012

Honorable Joseph C. Spero
United States Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND GENERAL ORDER 56 DEADLINES
CASE NO. C12-1938 JCS

-3-

\\rein-sbs\shared\CASES\L\LINCOLN SQUARE\PLEADINGS\Stip to Continue GO 56 Deadlines.wpd