AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

MORGAN HENDERSON

Plaintiff (s),

V.

LINCOLN SQUARE LLC, ET AL

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12-01938 JCS

Notice is hereby given that, subject to approval by the court, __Jae Chung Yu & Yoon Mi Yu__ substitutes
(Party (s) Name)

__themselves as In Pro Per__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __James Joonsoo Kim, SBN 101809__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jae Chung Yu and Yoon Mi Yu, In Pro Per

Address: 4100 Redwood Road, #16, Oakland, CA 94619

Telephone: (510) 225-5808   Facsimile _____

E-Mail (Optional): edenframing@gmail.com

I consent to the above substitution.

Date: April 3, 2013

(Signature of Party (s))

I consent to being substituted.

Date: 4/3/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: April 3, 2013

(Signature of New Attorney)

The substitution of attorney is hereby ~~approved and so ORDERED~~. DENIED without prejudice to renewing if the case does not settle at the mediation scheduled for 4/17/13.

Date: 04/04/13

[Judge Joseph C. Spero seal/signature]

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]