AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

MORGAN HENDERSON

Plaintiff (s),

V.

LINCOLN SQUARE LLC, ET AL

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12-01938 JCS

Notice is hereby given that, subject to approval by the court, __Jae Chung Yu & Yoon Mi Yu__ substitutes
(Party (s) Name)

__themselves as In Pro Per__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __James Joonsoo Kim, SBN 101809__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Jae Chung Yu and Yoon Mi Yu, In Pro Per
Address:         4100 Redwood Road, #16, Oakland, CA 94619
Telephone:       (510) 225-5808                    Facsimile _____
E-Mail (Optional): edenframing@gmail.com

I consent to the above substitution.
Date:   April 3, 2013                              _[signatures]_
                                                   (Signature of Party (s))

I consent to being substituted.
Date:   4/3/2013                                   _[signature]_
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   April 3, 2013                              _[signatures]_
                                                   (Signature of New Attorney)

The substitution of attorney is hereby ~~approved and so ORDERED~~. DENIED without prejudice to renewing if the case does not settle at the mediation scheduled for 4/17/13.

Date:   04/04/13                                   _[signature, seal: Judge Joseph C. Spero]_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]