| | |
|---|---|
| 1 | PAUL L. REIN, State Bar No. 43053 |
|   | CELIA MCGUINNESS, State Bar No. 159420 |
| 2 | CATHERINE CABALO, State Bar No. 248198 |
|   | LAW OFFICES OF PAUL L. REIN |
| 3 | 200 Lakeside Drive, Suite A |
|   | Oakland, CA  94612 |
| 4 | Telephone:  (510) 832-5001 |
|   | Facsimile:  (510) 832-4787 |
| 5 | reinlawoffice@aol.com |
| 6 | Attorneys for Plaintiff |
|   | MORGAN HENDERSON |
| 7 | |
|   | *Defendants' counsel listed after the caption.* |
| 8 | |

9    UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | MORGAN HENDERSON, | No. C12-01938 JCS ADR |
| 14 | Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER |
| 15 | vs. | |
| 16 | LINCOLN SQUARE, LLC; JAE CHUNG YU dba Cafe Galleria; YOON MI YU dba Cafe Galleria; and DOES - 20, Inclusive,, | Pursuant to FRCP 41 and LR7-12 |
| 17 | | |
| 18 | Defendants. | Judge:    Joseph C. Spero |
| 19 | | |

20

21   PILLSBURY WINTHROP SHAW PITTMAN LLP
     RICHARD M. SEGAL, State Bar No. 156975
22   NATHANIEL R. SMITH, State Bar No. 257615
     501 W. Broadway, Suite 1100
23   San Diego, CA  92101-3575
     Telephone: (619) 234-5000
24   Facsimile No.: (619) 236-1995
     nathaniel.smith@pillsburylaw.com

25   Attorneys for Defendant
     LINCOLN SQUARE, LLC
26

27   JAMES J. KIM, State Bar No. 101809
     2201 Broadway, Suite 803
28

- 1 -

Oakland, CA 94612
Telephone: (510) 444-0709
Facsimile: (510) 444-1291
jkim@roklaw.com

Attorney for Defendants
JAE CHUNG YU dba CAFÉ GALLERIA and
YOON MI YU dba CAFÉ GALLERIA

Plaintiff Morgan Henderson ("Plaintiff") and defendants Lincoln Square, LLC; Jae Chung Yu dba Café Galleria; and Yoon Mi Yu dba Café Galleria (together "Defendants"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on April 18, 2012, Plaintiff filed this action against Defendants;

WHEREAS, on June 11, 2012, defendants Jae Chung Yu dba Café Galleria and Yoon Mi Yu dba Café Galleria timely filed an Answer to Plaintiff's complaint;

WHEREAS, on June 15, 2012, defendant Lincoln Square, LLC timely filed an Answer to Plaintiff's complaint;

WHEREAS, as set forth in the Court-Enforceable Settlement Agreement and Release entered into on May 31, 2013 and June 11, 2013 ("Settlement Agreement"), Plaintiff has released and agreed to dismiss her claims against Defendants;

WHEREAS, as set forth in the Settlement Agreement, Defendants have agreed to make or cause to be made certain physical modifications at the property known as Lincoln Square Shopping Center;

WHEREAS, the physical modifications will require significant time and effort to complete;

WHEREAS, as set forth in the Settlement Agreement, Plaintiff and Defendants have agreed that the Court shall have continuing jurisdiction to resolve any and all disputes pertaining to the Settlement Agreement and the terms contained therein, as well as enforcement of and compliance with the Settlement Agreement,

- 3 -

1  IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and
2  Defendants:
3  1. Plaintiff stipulates to the dismissal with prejudice of her Complaint, and all
4  claims contained therein;
5  2. The Court shall retain jurisdiction of this action to enforce the terms of the
6  Settlement Agreement.
7  Dated: June 13, 2013
8        LAW OFFICES OF PAUL L. REIN

10        By   /s/ Catherine Cabalo
           Catherine Cabalo
11            Attorneys for Plaintiff
           MORGAN HENDERSON

13  Dated: June 13, 2013

14        PILLSBURY WINTHROP SHAW PITTMAN LLP
      RICHARD M. SEGAL
15        NATHANIEL R. SMITH

17        By   /s/ Nathaniel R. Smith
           Nathaniel R. Smith
           Attorneys for Defendant
18             LINCOLN SQUARE, LLC

19
20  Dated: June 13, 2013
21
22        By   /s/ James J. Kim
           James J. Kim
           Attorneys for Defendants
23             JAE CHUNG YU dba CAFÉ GALLERIA and
           YOON MI YU dba CAFÉ GALLERIA

24
25
26
27
28

- 4 -

# ORDER

Upon consideration of the above Stipulation for Dismissal with Prejudice of Defendants Lincoln Square, LLC; Jae Chung Yu dba Café Galleria; and Yoon Mi Yu dba Café Galleria, and for good cause shown,

**IT IS HEREBY ORDERED** that the action and all claims against Defendants are dismissed with prejudice, each party to bear its own attorney fees and costs.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to enforce provisions of the Court-Enforceable Settlement Agreement and Release for eighteen (18) months after the date of entry of this Order by the Court, or until all injunctive relief is completed and payment for Plaintiff's damages, attorneys' fees, litigation expenses and costs is made in full, whichever occurs later.

Dated: June 14, 2013

_____
Honorable
United S

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

- 4 -
S:\CASES\L\LINCOLN SQUARE\PLEADINGS\Dismissals\2013 06 13 Stipulation for Dismissal w_ Prejudice.doc
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS

## FILER'S ATTESTATION

Pursuant to General Order 45, section X(B), I, Catherine Cabalo, hereby attest that on June 12, 2013 I received the concurrence of Nathaniel R. Smith and on June 13, 2013 I received the concurrence of James J. Kim in the filing of this document

          /s/ Catherine Cabalo
Catherine Cabalo, Esq.