1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   MORGAN HENDERSON
7
   * Defendants' counsel listed after the caption.
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12  _____
                                        )
13  MORGAN HENDERSON,                   )  No. C12-01938 JCS ADR
                                        )
14                         Plaintiff,   )  STIPULATION FOR DISMISSAL
                                        )  WITH PREJUDICE AND ~~PROPOSED~~
15       vs.                            )  ORDER
                                        )
16  LINCOLN SQUARE, LLC; JAE CHUNG      )  Pursuant to FRCP 41 and LR7-12
    YU dba Cafe Galleria; YOON MI YU dba)
17  Cafe Galleria; and DOES - 20, Inclusive,, )
                                        )  Judge:      Joseph C. Spero
18                        Defendants.   )
                                        )
19  _____)

20
    PILLSBURY WINTHROP SHAW PITTMAN LLP
21  RICHARD M. SEGAL, State Bar No. 156975
    NATHANIEL R. SMITH, State Bar No. 257615
22  501 W. Broadway, Suite 1100
    San Diego, CA  92101-3575
23  Telephone: (619) 234-5000
    Facsimile No.: (619) 236-1995
24  nathaniel.smith@pillsburylaw.com

25  Attorneys for Defendant
    LINCOLN SQUARE, LLC
26

27  JAMES J. KIM, State Bar No. 101809
    2201 Broadway, Suite 803
28

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS

1   Oakland, CA 94612
    Telephone: (510) 444-0709
2   Facsimile: (510) 444-1291
    jkim@roklaw.com
3

4   Attorney for Defendants
    JAE CHUNG YU dba CAFÉ GALLERIA and
5   YOON MI YU dba CAFÉ GALLERIA

6

7

8          Plaintiff Morgan Henderson ("Plaintiff") and defendants Lincoln Square, LLC; Jae

9   Chung Yu dba Café Galleria; and Yoon Mi Yu dba Café Galleria (together "Defendants"),

10  by and through their undersigned counsel, stipulate and agree as follows:

11         WHEREAS, on April 18, 2012, Plaintiff filed this action against Defendants;

12         WHEREAS, on June 11, 2012, defendants Jae Chung Yu dba Café Galleria and

13  Yoon Mi Yu dba Café Galleria timely filed an Answer to Plaintiff's complaint;

14         WHEREAS, on June 15, 2012, defendant Lincoln Square, LLC timely filed an

15  Answer to Plaintiff's complaint;

16         WHEREAS, as set forth in the Court-Enforceable Settlement Agreement and

17  Release entered into on May 31, 2013 and June 11, 2013 ("Settlement Agreement"),

18  Plaintiff has released and agreed to dismiss her claims against Defendants;

19         WHEREAS, as set forth in the Settlement Agreement, Defendants have agreed to

20  make or cause to be made certain physical modifications at the property known as Lincoln

21  Square Shopping Center;

22         WHEREAS, the physical modifications will require significant time and effort to

23  complete;

24         WHEREAS, as set forth in the Settlement Agreement, Plaintiff and Defendants have

25  agreed that the Court shall have continuing jurisdiction to resolve any and all disputes

26  pertaining to the Settlement Agreement and the terms contained therein, as well as

27  enforcement of and compliance with the Settlement Agreement,

28

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS

1    IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and

2  Defendants:

3    1.    Plaintiff stipulates to the dismissal with prejudice of her Complaint, and all

4  claims contained therein;

5    2.    The Court shall retain jurisdiction of this action to enforce the terms of the

6  Settlement Agreement.

7  Dated:  June 13, 2013

8                                LAW OFFICES OF PAUL L. REIN

9

10                               By ___/s/ Catherine Cabalo_____
                                        Catherine Cabalo
11                                      Attorneys for Plaintiff
                                        MORGAN HENDERSON
12

13  Dated:  June 13, 2013

14                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 RICHARD M. SEGAL
15                               NATHANIEL R. SMITH

16
                                 By ___/s/ Nathaniel R. Smith_____
17                                      Nathaniel R. Smith
                                        Attorneys for Defendant
18                                      LINCOLN SQUARE, LLC

19
    Dated:  June 13, 2013
20

21
                                 By ___/s/ James J. Kim_____
22                                      James J. Kim
                                        Attorneys for Defendants
23                                      JAE CHUNG YU dba CAFÉ GALLERIA and
                                        YOON MI YU dba CAFÉ GALLERIA
24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS

1

## ORDER

2

3          Upon consideration of the above Stipulation for Dismissal with Prejudice of

4     Defendants Lincoln Square, LLC; Jae Chung Yu dba Café Galleria; and Yoon Mi Yu dba

5     Café Galleria, and for good cause shown,

6          **IT IS HEREBY ORDERED** that the action and all claims against Defendants are

7     dismissed with prejudice, each party to bear its own attorney fees and costs.

8          **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action

9     to enforce provisions of the Court-Enforceable Settlement Agreement and Release for

10    eighteen (18) months after the date of entry of this Order by the Court, or until all injunctive

11    relief is completed and payment for Plaintiff's damages, attorneys' fees, litigation expenses

12    and costs is made in full, whichever occurs later.

13    Dated:  June 14, 2013

14

15          Honorab_____
            United S_____

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS

- 5 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I, Catherine Cabalo, hereby attest that on June 12, 2013 I received the concurrence of Nathaniel R. Smith and on June 13, 2013 I received the concurrence of James J. Kim in the filing of this document

                                    /s/ Catherine Cabalo
                                   Catherine Cabalo, Esq.

S:\CASES\L\LINCOLN SQUARE\PLEADINGS\Dismissals\2013 06 13 Stipulation for Dismissal w_ Prejudice.doc

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. C12-01938 JCS